UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN WELLINGTON, | ) | 3:10-CV-0760-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 6, 2012 |
| | ) | |
| SANDY SNIDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to extend time (#54) to file an errata to his cross-motion for summary judgment.  Defendants filed a partial opposition (#55).

Plaintiff's motion to extend time (#54) is **GRANTED**.  Plaintiff shall have to and including **Friday, April 6, 2012** to file an errata to his cross-motion for summary judgment.  Plaintiff is reminded that his errata shall be filed under seal and he is directed to indicate on the front page of the errata, "ORDERED TO BE FILED UNDER SEAL."  To the extent that plaintiff needs copies made to complete this task, he shall be allowed to exceed his photocopy limit in the amount of $2.50.  The additional $2.50 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  Plaintiff shall mail a copy of the sealed errata to defense counsel.

Defendants' motion for extension of time (#56) is **GRANTED**.  Defendants shall have fifteen days following the settlement conference set for April 24, 2012 to file a reply in support of their motion for summary judgment and to oppose plaintiff's motion for summary judgment.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
     Deputy Clerk