UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN WELLINGTON, | ) | 3:10-cv-00760-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JOSHUA CLARK, JOHN PEERY, SANDY SNIDER, JEFF WILEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#63), filed on June 19, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order granting the defendants' motion for summary judgment (#39).[1] No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the

---

[1] The magistrate judge construed defendants' motion as an unenumerated Rule 12(b) motion to dismiss for failure to exhaust. (#63, p. 1). "[F]ailure to exhaust nonjudicial remedies should be raised in a motion to dismiss, or be treated as such if raised in a motion for summary judgment." *Ritza v. Int'l Longshoremen's & Warehousemen's Union*, 837 F.2d 365, 368-69 (9th Cir. 1988).

1

parties and other relevant matters of record. It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Based on this review, and good cause appearing, the court hereby accepts and adopts the report and recommendation of the magistrate judge as follows:

The court treats defendants' motion for summary judgment (#39) as an unenumerated Rule 12(b) motion to dismiss for failure to exhaust administrative remedies.

The motion of defendants Joshua Clark, John Peery, Sandy Snider, and Jeff Wiley, to dismiss plaintiff's retaliation claim for failure to exhaust (#39) is **GRANTED**.

Plaintiff's second amended complaint (#13) is hereby **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's cross-motion for summary judgment (#48) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

2